■ In the Matter of the Estate of ALEX G. SCHMIDT, Also Known as ALEXANDER GEORGE SCHMIDT, Deceased. ANN L. MCLAUGHLIN, Respondent; THOMAS E. WEBB, JR., as Executor of of ALEX G. SCHMIDT, Also Known as ALEXANDER GEORGE SCHMIDT, Deceased, Appellant, et al., Respondents. (Appeal No. 1.) [946 NYS2d 516]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered March 15, 2011. The order, insofar as appealed from, granted the motion of petitioner for a protective order with respect to certain interrogatories.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.